BEFORE THE THIRD DIVISION, JULY 23, 1952

**No. 56803.**—Catalda Fine Arts, Inc. *v.* United States, protest 178791–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 56804.**—Steinhardt & Kelly, Inc. *v.* United States, protest 179607–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.